# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

AMY MARTINEZ                                                    PLAINTIFF

v.                            NO. 3:25-cv-00239-PSH

FRANK BISIGNANO, Commissioner of                               DEFENDANT
the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for the

Commissioner of the Social Security Administration.

IT IS SO ORDERED this 8th day of July, 2026.

_____
UNITED STATES MAGISTRATE JUDGE